IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
PATRICIA Y. SOUTHERLAND                    :    CHAPTER 13
                    Debtor                 :
                                            :    BK. No. 19-12133 MDC

## ORDER

AND NOW, this 31st day of October, 2019, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court; and it is further;

ORDERED that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

_Magdeline D. Coleman_
MAGDELINE D. COLEMAN,
Chief Bankruptcy Judge

WILLIAM C. MILLER, ESQ.
CHAPTER 13 TRUSTEE
P.O. BOX 1229
PHILADELPHIA, PA 19105

BRAD J. SADEK, ESQ.
SADEK AND COOPER
1315 WALNUT STREET
SUITE 502
PHILADELPHIA, PA 19107

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET
SUITE 502
PHILADELPHIA, PA 19106

JEROME B. BLANK, ESQ.
PHELAN HALLINAN DIAMOND & JONES, LLP
1617 JFK BLVD, SUITE 1400
PHILADELPHIA, PA 19103

PATRICIA Y. SOUTHERLAND
347 E. CLAREMONT ROAD
PHILADELPHIA, PA 19120